UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN CUTCHLOW,<br><br>        Plaintiff.<br><br>v.<br><br>MARTIN J. O'MALLEY, et al.,<br><br>        Defendants. | Case No. 24-cv-07367-HSG<br><br>**ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>Re: Dkt. Nos. 2, 6 |

Plaintiff has filed an Application to Proceed *In Forma Pauperis*. Dkt. No. 2. Having considered the application and complaint, the Court hereby **GRANTS** Plaintiff's application. Pursuant to the Supplemental Rules for Social Security Actions under 42 U.S.C. § 405(g), no summons or order of service need follow.

The Court further **GRANTS** the parties' stipulation, Dkt. No. 6, and **ORDERS** that the due date for Defendant to file a certified copy of the administrative record be within 60 days of the date of this Order.

    **IT IS SO ORDERED.**

Dated: January 6, 2025

                                                                          HAYWOOD S. GILLIAM, JR.
                                                                          United States District Judge