CAROLINE J. ALEGRE, SBN 271053
HOMELESS ACTION CENTER
2601 San Pablo Avenue
Oakland, CA 94612
Telephone: (510) 698-1097
Facsimile: (510) 858-7867
Email: calegre@homelessactioncenter.org

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.C.,<br><br>    Plaintiff,<br><br>    v.<br><br>    Acting Commissioner of Social Security, Defendant. | Civil No. 4:24-cv-07367-HSG<br><br>STIPULATION AND ORDER FOR 15-DAY EXTENSION FOR PLAINTFF TO FILE REPLY BRIEF IN SUPPORT OF REVERSAL OF DECISION OF THE COMMISSIONER |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and subject to this Court's approval, that Plaintiff shall have an extension of fifteen (15) days in which to file the Reply Brief in Support of Reversal of the Decision of the Commissioner. Counsel for Defendant has no objection to the requested extension. Plaintiff's filing is currently due May 9, 2025. The parties stipulate to extend this date until May 24, 2025.

Good Cause exists for Plaintiff's request. Plaintiff was diagnosed with metastatic cancer less than two weeks ago, and this week, Plaintiff's Counsel received over 900 pages of new medical evidence of diagnoses including squamous cell carcinoma and bone metastasis. A cursory review of the new evidence suggests it may be material, directly relating to evidence at

issue in this case, including Plaintiff's hearing testimony. Additional time is needed for Plaintiff's Counsel to review the new evidence prior to drafting her Reply, to assess whether good cause exists to file a motion requesting incorporation of the evidence into the record, per 42 U.S.C. § 405(g); *Mayes v. Massanari*, 276 F.3d 453, 463 (9th Cir. 2001) (quoting *Key v. Heckler*, 754 F.2d 1545, 1551 (9th Cir. 1985) ("If new information surfaces after the Secretary's final decision and the claimant could not have obtained that evidence at the time of the administrative proceeding, the good cause requirement is satisfied.")). All other dates in the Court's Scheduling Order shall be extended accordingly.

Respectfully submitted May 8, 2025.

By: /s/ *Caroline J. Alegre*
CAROLINE J. ALEGRE
Homeless Action Center
Attorney for Plaintiff

By: /s/ *Lars J. Nelson*
LARS J. NELSON
Office of the General Counsel, SSA
Attorney for Defendant
(*as authorized by email)

ORDER

APPROVED AND SO ORDERED:

Dated: 5/9/2025

HON. HAYWOOD S. GILLIAM, JR.
United States District Court Judge

Case No. 4:24-cv-07367-HSG