CAROLINE J. ALEGRE, SBN 271053
HOMELESS ACTION CENTER
2601 San Pablo Avenue
Oakland, CA 94612
Telephone: (510) 698-1097
Facsimile: (510) 858-7867
Email: calegre@homelessactioncenter.org

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.C., <br><br> Plaintiff, <br><br> v. <br><br> Commissioner of Social Security, <br><br> Defendant. | Civil No. 4:24-cv-07367-HSG <br><br> MOTION TO EXTEND TIME TO FILE PLAINTIFF'S REPLY BRIEF; ORDER |

Pursuant to FRCP Rule 6(b)(1)(A), Plaintiff hereby moves the Court to extend, until May 24, 2025, the date to file Plaintiff's Reply Brief in Support of Reversal of the Decision of the Commissioner.  Plaintiff's Reply is due on or before May 9, 2025, however, undersigned counsel needs more time to review the evidence and draft her Reply.

Specifically, good cause exists to extend time because Plaintiff was diagnosed with metastatic cancer less than two weeks ago, and this week, Plaintiff's counsel received over 900 pages of new medical evidence of diagnoses including squamous cell carcinoma and bone metastasis.  Plaintiff's counsel's cursory review of the new evidence suggests to her that it may be material, directly relating to evidence at issue in this case, including Plaintiff's hearing

testimony. Additional time is needed for Plaintiff's counsel to review the new evidence prior to drafting the Reply, to assess whether good cause exists to file a motion requesting incorporation of the new evidence into the record, per 42 U.S.C. § 405(g); *Mayes v. Massanari*, 276 F.3d 453, 463 (9th Cir. 2001) (quoting *Key v. Heckler*, 754 F.2d 1545, 1551 (9th Cir. 1985) ("If new information surfaces after the Secretary's final decision and the claimant could not have obtained that evidence at the time of the administrative proceeding, the good cause requirement is satisfied.")).

Undersigned counsel has conferred with counsel for Defendant and counsel for Defendant has indicated no objection to a 15-day extension of time for Plaintiff to file her Reply.

Respectfully submitted May 9, 2025.

By:  /s/ *Caroline J. Alegre*
CAROLINE J. ALEGRE
Homeless Action Center
Attorney for Plaintiff

ORDER

APPROVED AND SO ORDERED:

Dated: 5/12/2025

HON. HAYWOOD S. GILLIAM, JR.
United States District Court Judge