Daniel Homer
Homeless Action Center
2601 San Pablo Ave
Oakland, CA 94612
Telephone: (510) 216-6278
Facsimile: (510) 848-7860
DHomer@homelessactioncenter.org

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Robin Cutchlow, <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>Commissioner, Social Security Administration, <br><br>　　　　Defendant. <br>_____ | CIVIL NO.    4:24-cv-07367-HSG **S** <br><br>**Stipulation for Voluntary Dismissal; Order** |

　　　　Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate to voluntary dismissal of the case due to plaintiff's death.

Dated: September 30, 2025

*/s/ Daniel Homer*

Daniel Homer, Attorney for Robin Cutchlow

/s/ *Lars J. Nelson [by email 09/30/2025]*

Lars J. Nelson, Attorney, Social Security Administration

**Order**

Cutchlow v. Commissioner SSA, 4:24-cv-07367-HSG

Pursuant to stipulation by the parties and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court dismisses this case.

Date:   9/30/2025

_____

Honorable District Court Judge Haywood S. Gilliam, Jr.